UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CALHOUN, BHELLA, & SECHREST, LLP | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 23-cv-1927 (RBW) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) ) | |
| Defendant. | ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's August 24, 2023 minute order, Plaintiff Calhoun Bhella & Sechrest LLP, and Defendant the U.S. Department of Health and Human Services ("the Department") submit the following Joint Status Report.

1. Plaintiff brought this lawsuit under the Freedom of Information Act ("FOIA") seeking to compel the Department to produce records responsive to five different FOIA requests. See generally, Compl. (ECF No. 1).

2. Plaintiff filed the requests on April 2, 2021, July 15, 2021, October 24, 2022, April 5, 2023, and April 6, 2023.

3. The Department located records responsive to the October 24, 2022, April 5, 2023, and April 6, 2023 requests. The Department anticipates producing non-exempt, reasonably segregable potions of these records by October 15, 2023.

4. The Department believes that it has produced all records responsive to the April 2, 2021 request but will confirm that it does not have any additional records.

5.      With respect to the July 15, 2021 request, the Department has located records responsive to part 1 of the request, but contends that the remaining 3 parts of the request are overly broad and fail to reasonably describe the records sought.  The Department will confer with Plaintiff in an effort to narrow the scope of the request.

6.      The parties propose filing another Joint Status Report in 60 days, on or before November 20, 2023.

Dated: September 21, 2023                    Respectfully Submitted,

                                                            MATTHEW M. GRAVES, D.C. Bar #481052
                                                            United States Attorney

                                                            BRIAN P. HUDAK
                                                            Chief, Civil Division

/s/ Adam L. Bird                                    */s/ John J. Bardo*
Adam L. Bird                                         JOHN J.  BARDO
D.C. Bar No. 1005485                           D.C. Bar # 1655534
**CALHOUN BHELLA & SECHREST LLP**        Assistant United States Attorney
2121 Wisconsin Avenue, N.W. #200        601 D Street, NW
Washington, D.C. 20007                      Washington, DC 20530
Tel: (202) 804-6031                            John.Bardo@usdoj.gov
Fax: (214) 981-9203                             (202) 870-6770
abird@cbsattorneys.com

                                                            Attorneys for the United States of America

Attorneys for Plaintiff