UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CALHOUN, BHELLA, & SECHREST, LLP | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 23-cv-1927 (RBW) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) | |
| Defendant. | ) ) ) | |

## JOINT STATUS REPORT

Pursuant to the Court's November 21, 2023 minute order, Plaintiff Calhoun Bhella & Sechrest LLP, and Defendant the U.S. Department of Health and Human Services ("the Department") respectfully submit the following Joint Status Report. The parties report as follows:

1. The parties continue to collaborate in an effort to narrow the scope of Plaintiff's July 15, 2021 Freedom of Information Act request. The Department will promptly begin searching for and processing records as soon as the parties reach an agreement.

2. As previously reported, the Department has finished processing all records responsive to the other FOIA requests that Plaintiff identified in its complaint.

3. The parties respectfully propose filing another Joint Status Report in sixty days, on or before March 19, 2024.

\*       \*       \*

Dated: January 19, 2024

Respectfully Submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ Adam L. Bird
Adam L. Bird
D.C. Bar No. 1005485
**CALHOUN BHELLA & SECHREST LLP**
2121 Wisconsin Avenue, N.W. #200
Washington, D.C. 20007
Tel: (202) 804-6031
Fax: (214) 981-9203
abird@cbsattorneys.com

Attorneys for Plaintiff

*/s/ John J. Bardo*
JOHN J.  BARDO
D.C. Bar # 1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
John.Bardo@usdoj.gov
(202) 870-6770

Attorneys for the United States of America