UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CALHOUN, BHELLA, & SECHREST, LLP | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 23-cv-1927 (RBW) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) | |
| Defendant. | ) ) ) | |

## **JOINT STATUS REPORT**

Pursuant to the Court's January 22, 2024 minute order, Plaintiff Calhoun Bhella & Sechrest LLP, and Defendant the U.S. Department of Health and Human Services ("the Department") respectfully submit the following Joint Status Report.  The parties report as follows:

1.      Since the last Joint Status Report, the parties have reached an agreement regarding the scope of Plaintiff's July 15, 2021 Freedom of Information Act request.

2.      The Department has begun searching for records responsive to the request.  To date, the Department has identified more than 4,400 pages of potentially responsive records but anticipates that the number of potentially responsive records will likely increase.

3.      The Department will make its first production of records responsive to this request on April 15, 2024.

4.      Following this production, each month, the Department will review at least 400 pages of potentially responsive records and make productions of any non-exempt, reasonably segregable portions of responsive records on the fifteenth day of each month, or the next business day thereafter.

Dated: March 19, 2024

Respectfully Submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ Adam L. Bird
Adam L. Bird
D.C. Bar No. 1005485
**CALHOUN BHELLA & SECHREST LLP**
2121 Wisconsin Avenue, N.W. #200
Washington, D.C. 20007
Tel: (202) 804-6031
Fax: (214) 981-9203
abird@cbsattorneys.com

Attorneys for Plaintiff

*/s/ John J. Bardo*
JOHN J.  BARDO
D.C. Bar # 1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
John.Bardo@usdoj.gov
(202) 870-6770

Attorneys for the United States of America

2